FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

14 JUL 22 PM 4: 53

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>AMY N. FISHER,<br><br>　　　　　Defendant. | 8:14CR120<br><br>SUPERSEDING INDICTMENT<br><br>18 U.S.C. § 656 |

The Grand Jury charges that

## COUNT I

Between on or about September 4, 2012 and continuing to on or about March 26, 2014, in the District of Nebraska, defendant AMY N. FISHER, being an employee of the Bank of the West, a bank whose deposits are insured by the Federal Deposit Insurance Corporation, with intent to injure and defraud the Bank of the West, willfully misapplied, or embezzled, abstracted, or purloined the sum of at least $189,842.56 of the moneys, funds, assets or securities entrusted to the custody or care of such institution in that the defendant withdrew funds from multiple customer accounts and used those funds for her own personal benefit.

In violation of Title 18, United States Code, Section 656.

　　　　　　　　　　　　　　　　　　　　　　A TRUE BILL.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　FOREPERSON

DEBORAH R. GILG
United States Attorney
District of Nebraska

1

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

FREDERICK D. FRANKLIN
ASSISTANT U.S. ATTORNEY